STEVEN D. SMELSER (SBN 180602)
  *ssmelser@yukelaw.com*
SYDNEY A. SHAFFER (SBN 348771)
  *sshaffer@yukelaw.com*
CAMILLE T BAYLIS (SBN 363838)
  *cbaylis@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788
Email:  eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| BILLY F, STEFFEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>COLETTE S. PETERS, in her official capacity as Director of the Federal Bureau of Prisons; M. WADE JENNINGS, in his individual and official capacity; KEVIN SCHWINN, in his individual and official capacity; SAFARILAND, LLC; R. JOHN LYNN, Regional Special Investigative Agent (DOE 1); SIS TECHNICIAN S. AGUILAR, (DOE 2); SIS LIEUTENANT [FIRST NAME UNKNOWN] JOHNSON, (DOE 3); DISCIPLINE HEARING OFFICER WILLIAM J. CHETWOOD, (DOE 4); DOES 5-50,<br><br>          Defendants. | CASE NO. 2-25-cv-11105-VBF-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAFARILAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>*[Filed concurrently with Defendant's Notice of Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); and Declaration of S. Shaffer]*<br><br>Judge:        Hon. Valerie B. Fairbank<br>Magistrate Judge: Hon. Steve Kim<br>Date:         January 21, 2026<br>Time:         10:00 a.m.<br>Crtrm.:        540<br><br>Trial Date:    None Set |

/ / /

5028291.1

1

Defendant Safariland, LLC's (herein "Defendant" or "Safariland") Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing in this Court on January 21, 2026 at 10:00 a.m., in Courtroom 540 before the Honorable Steve Kim, United States Magistrate Judge.

Having considered Defendant's motion, Plaintiff's opposition, the other pleadings and documents on file in this case, and the arguments of the parties, the Court finds that Plaintiff Billy Steffey's First Amended Complaint fails to state a claim as a matter of law. Further, the First Amended Complaint fails to state a claim for punitive damages.

Accordingly, the Court hereby **GRANTS** Defendant's motion and dismisses the First Amended Complaint in its entirety as to Defendant Safariland only, with/without leave to amend.

Accordingly, the Court hereby **GRANTS** Defendant's motion and dismisses the claim and prayer for punitive damages in the First Amended Complaint with/without leave to amend.

**IT IS SO ORDERED.**

DATED: _____          _____
                                Hon. Steve Kim
                                United States Magistrate Judge

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

5028291.1

2

YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

## PROOF OF SERVICE

**Billy F. Steffey vs. Colette S. Peters et al.**
**USDC, Central Dist. of California - Case No. 2:25-cv-11105-VBF-SK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 355 S. Grand Avenue. 15th Floor, Los Angeles, CA 90071-1560.

On December 15, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT SAFARILAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** on the interested parties in this action as follows:

Billy F. Steffey                                      Plaintiff Pro Per
229 Dragonfly Circle
Sacramento. CA 95834

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Yukevich | Cavanaugh for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2025, at Los Angeles, California.

/s/ Martha Blancas Gutierrez
Martha Blancas Gutierrez

5028291.1

[PROPOSED] ORDER GRANTING DEFENDANT SAFARILAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)