STEVEN D. SMELSER (SBN 180602)
  ssmelser@yukelaw.com
SYDNEY A. SHAFFER (SBN 348771)
  sshaffer@yukelaw.com
CAMILLE T BAYLIS (SBN 363838)
  cbaylis@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue. 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile:  (213) 362-7788
Email:  eservice@yukelaw.com

Attorneys for Defendant,
SAFARILAND, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BILLY F. STEFFEY,<br><br>             Plaintiff,<br><br>      vs.<br><br>COLETTE S. PETERS, in her official capacity as Director of the Federal Bureau of Prisons; M. WADE JENNINGS, in his individual and official capacity; KEVIN SCHWINN, in his individual and official capacity; SAFARILAND, LLC; R. JOHN LYNN, Regional Special Investigative Agent (DOE 1); SIS TECHNICIAN S. AGUILAR, (DOE 2); SIS LIEUTENANT [FIRST NAME UNKNOWN] JOHNSON, (DOE 3); DISCIPLINE HEARING OFFICER WILLIAM J. CHETWOOD, (DOE 4); DOES 5-50,<br><br>             Defendants. | CASE NO. 2-25-cv-11105-VBF-SK<br><br>**DECLARATION OF SYDNEY A. SHAFFER IN SUPPORT OF DEFENDANT SAFARILAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>*[Filed concurrently with Defendant's Notice of Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); and [Proposed] Order]*<br><br>Judge:       Hon. Valerie B. Fairbank<br>Magistrate Judge: Hon. Steve Kim<br>Date:        January 21, 2026<br>Time:        10:00 a.m.<br>Crtrm.:      540<br><br>Trial Date:      None Set |

/ / /

5028292.1

1

Case No. 2-25-cv-11105-VBF-SK

**DECLARATION OF SYDNEY A. SHAFFER**

I, SYDNEY A. SHAFFER, declare and state as follows:

1.      I am an attorney at law duly licensed to practice as such before all courts of the State of California and am an associate in the law offices of Yukevich | Cavanaugh, attorneys of record for Defendant SAFARILAND, LLC ("Defendant" or "Safariland") in this action.

2.      I have personal knowledge of the matters set forth herein, and if called to testify, I could and would competently testify to the facts set forth in this Declaration based upon my personal knowledge.

3.      On November 18, 2025, Plaintiff Billy Steffey ("Plaintiff") filed a Complaint against Safariland and various Federal Bureau of Prisons officers and employees alleging constitutional violations, strict products liability under a failure to warn theory, fraudulent concealment and misrepresentation, and civil conspiracy, and making claims for declaratory and injunctive relief, in connection with Plaintiff's disciplinary history and treatment while in custody at a Federal Corrections Institute in Lompoc, California. (Dkt. No. 1.)

4.      On November 19, 2025, Plaintiff filed a First Amended Complaint, alleging the same causes of action and facts as his initial Complaint. (Dkt. 14.)

5.      On December 3, 2025, I attempted to contact Plaintiff via telephone regarding what Defendant believed to be deficiencies in Plaintiff's First Amended Complaint.

6.      Over the next few days, between December 3, 2025 and December 8, 2025, I attempted to reach Plaintiff by placing multiple telephone calls, in order to meet and confer regarding the deficiencies Defendant believed to be in Plaintiff's First Amended Complaint.

7.      On December 8, 2025, I sent written correspondence to Plaintiff via email outlining the deficiencies Defendant believed to be in Plaintiff's First Amended Complaint.

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

DECLARATION OF S. SHAFFER IN SUPPORT OF DEFENDANT SAFARILAND'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF PROCEDURE 12(b)(6)

8.    On December 8, 2025, I met and conferred with Plaintiff via telephone regarding each of the issues raised in the letter and discussed in Defendant's Motion to Dismiss.

9.    While Plaintiff maintained his position that he had additional facts to support his causes of action and stated his belief that he had a strong legal case on the facts presented, he declined to amend his First Amended Complaint.  The parties could not reach a resolution, thus necessitating this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this day of December 15, 2025, in Los Angeles, California.

*/s/ Sydney A. Shaffer*

SYDNEY A. SHAFFER

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

DECLARATION OF S. SHAFFER IN SUPPORT OF DEFENDANT SAFARILAND'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF PROCEDURE 12(b)(6)

## PROOF OF SERVICE

**Billy F. Steffey vs. Colette S. Peters et al.**
**USDC, Central Dist. of California - Case No. 2:25-cv-11105-VBF-SK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue. 15th Floor, Los Angeles, CA 90071-1560.

On December 15, 2025, I served true copies of the following document(s) described as **DECLARATION OF SYDNEY A. SHAFFER IN SUPPORT OF DEFENDANT SAFARILAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** on the interested parties in this action as follows:

Billy F. Steffey                                    Plaintiff Pro Per
229 Dragonfly Circle
Sacramento. CA 95834

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Yukevich | Cavanaugh for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2025, at Los Angeles, California.

/s/ Martha Blancas Gutierrez
Martha Blancas Gutierrez

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

5028292.1

Case No. 2-25-cv-11105-VBF-SK

DECLARATION OF S. SHAFFER IN SUPPORT OF DEFENDANT SAFARILAND'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF PROCEDURE 12(b)(6)