**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BILLY F. STEFFEY,** ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | LA CV 25-11105-VBF-SK |
| COLETTE S. PETERS et al., ) | |
| ) | |
| Defendants. ) | Vacating Hearing |
| ) | |

The hearing that defendants noticed before the District Judge on January 21, 2026 is VACATED sine die.

The parties SHALL NOT notice hearings before the District Judge.

IT IS SO ORDERED.

Dated: December 17, 2025

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge