

FILED

CLERK, U.S. DISTRICT COURT

**12/17/2025**

CENTRAL DISTRICT OF CALIFORNIA

BY_____clee_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

**BILLY F. STEFFEY,** Plaintiff,

v.

**COLETTE S. PETERS, et al.,** Defendants.

**Case No.: 2:25-cv-11105-VBF-SK**

**SUPPLEMENTAL DECLARATION OF PLAINTIFF BILLY F. STEFFEY REGARDING OBSTRUCTION OF DISCOVERY AND EQUITABLE TOLLING**

I, **BILLY F. STEFFEY**, declare under penalty of perjury as follows:

1. **Purpose:** I submit this declaration to demonstrate that my failure to file suit against Defendant Safariland, LLC prior to 2025 was directly caused by the Defendants' active concealment of evidence and refusal to release records under the Freedom of Information Act (FOIA).

2. **Current "Non-Public" Status (Exhibit A):** Attached hereto as **Exhibit A** is a true and correct copy of correspondence I received from the Federal Bureau of Prisons (BOP) FOIA staff on December 13, 2025 (Request No. 2026-00947). In this email, the government explicitly states that the documents I requested—specifically those pertaining to NIK testing protocols and my incident report—are **"non-public information"** requiring special certification to release. This confirms that the evidence of Safariland's involvement has been, and remains, shielded from public view.

3. **Diligent Pursuit Since 2020 (Exhibit B):** Attached hereto as **Exhibit B** is a true and correct copy of a FOIA email chain dated **February 18, 2020** (Request No. 2020-02370).
   - This document proves that as early as **February 16, 2020**, I explicitly requested: *"documents pertaining to the BOP process for NIK testing... specifically... NIK Test U... [and] documents that discuss the proper testing procedure."*
   - Despite this timely request, the Defendants did not provide the "One Team" emails or the specific Safariland/BOP "Burgundy" instruction charts at that time.

4. **Continued Pursuit (Exhibit C):** Attached hereto as **Exhibit C** is a true and correct copy of my detailed FOIA request dated **November 22, 2025**, wherein I again requested *"All official instructions, flowcharts... sent by Safariland, LLC... regarding the use and interpretation of NIK Test U."* This request remains pending and subject to the restrictions noted in Exhibit A.

5. **Legal Impossibility:** Because the Defendants classified the interpretation charts and testing protocols as "non-public" or "Law Enforcement Sensitive" (as confirmed in Exhibit A), and because they failed to produce them in response to my 2020 request (Exhibit B), I was factually and legally unable to discover the specific nature of Safariland's complicity in the fraud until recently.

6.  **Conclusion:** I have exercised due diligence from the moment of my release in 2020. The
    delay in filing is attributable solely to the Defendants' refusal to provide the "non-public"
    evidence necessary to sustain a complaint against the manufacturer.

**I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.**

Executed on December 17, 2025.

**BILLY F. STEFFEY** Plaintiff Pro Se