BILLY STEFFEY
455 Capitol Mall ste. 802
Sacramento, CA 95814
Phone Number 916-955-6332
Email Address (bsteffey@mac.com)
Plaintiff In Pro Per



FILED

CLERK, U.S. DISTRICT COURT

**12/22/2025**

CENTRAL DISTRICT OF CALIFORNIA

BY_____clee_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BILLY STEFFEY, (PRO SE)

        Plaintiff,

   vs.

COLETTE S. PETERS, et al,

        Defendant(s)

Case No.: LA CV 25-11105-VBF-SK

**PLAINTIFF'S NOTICE OF
SUPPLEMENTAL AUTHORITY**

*(Re: Miley v. Warden, FCI Beaumont Low (E.D. Tex. Aug. 2, 2023))*

Plaintiff respectfully submits the following supplemental authority discovered after Plaintiff's filing of Motion for Temporary Restraining Order and Preliminary Injunction / Opposition to Motion to Dismiss. This Notice is submitted solely for the Court's convenience and is limited to the authority identified below.

1. **Miley v. Warden, FCI Beaumont Low**, Civil Action No. 1:22-cv-00243-[…], (E.D. Tex. Aug. 2, 2023) (denying § 2241 petition). The court recounted that BOP staff used NIK field test kits and that **Test A** produced an orange-to-brown reaction and **Test U** produced a **blue** reaction, which was treated as a positive indication for methamphetamine. (Ex. A).

**Relevance:** In this case, the parties dispute the interpretation and reliability of NIK **Test U** color outcomes. Manufacturer training materials describe Test U as a test for "secondary amines," where **dark blue** indicates methamphetamine/MDMA, and note that Test U may appear **burgundy** as a baseline reaction and that a burgundy result is **negative for methamphetamine**. Miley is submitted as a concrete example of BOP's and a federal court's recognition that **blue** is the Test U indicator for methamphetamine.

Dated this 22nd day of December, 2025

BILLY STEFFEY
Plaintiff in Pro Per