# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BILLY F. STEFFEY<br><br>Plaintiff,<br><br>v.<br><br>COLETTE S. PETERS, et al.,<br><br>Defendants. | Case No. 2:25-cv-11105-VBF (SK)<br><br>**INITIAL PRETRIAL CASE MANAGEMENT ORDER** |

Under General Order 05-07, this case has been referred to this Court for all pretrial matters.  (ECF 10).  Because Plaintiff has filed an Application to Proceed In Forma Pauperis (ECF 2), however, the Court is first required by 28 U.S.C. § 1915(e)(2) to screen the operative First Amended Complaint (ECF 14) to determine whether it may be served on any Defendant.  Until and unless the Court orders service of process, Plaintiff may not proceed with service of process.

In the meantime, no scheduling order can issue until and unless the Court determines that the First Amended Complaint survives screening under § 1915(e)(2) and should be ordered served on Defendants. Until and unless a scheduling order has been issued, no discovery is permitted.  *See* Fed. R. Civ. P. 26(d)(1).  Motion practice under Federal Rule of Civil Procedure 12 is also premature until the First Amended Complaint has been ordered served.

Finally, Plaintiff's pleading styled "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (ECF 12) meets none of the stringent requirements for such relief.  *See Winter v.*

1

*Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). Besides, the "label attached to a motion does not control its substance." *United States v. State of Oregon*, 769 F.2d 1410, 1414 n. 4 (9th Cir. 1985). At most, this self-styled "emergency" motion just seeks to accelerate the relief sought in the First Amended Complaint. But "judgment on the merits in the guise of preliminary relief is a highly inappropriate result." *Senate of State of Cal. v. Mosbacher*, 968 F.2d 974, 978 (9th Cir. 1992); *see Univ. of Texas v. Camenisch*, 451 U.S. 390, 395 (1981) (It is "inappropriate for a federal court at the preliminary-injunction stage to give a final judgment on the merits."). Even on its own terms, then, the motion would be denied because the relief Plaintiff seeks "is not 'temporary' or 'preliminary' but rather it is the same ultimate relief" he seeks in his First Amended Complaint. *Mendez v. U.S. Immigr. & Customs Enf't*, 2023 WL 2604585, at *3 (N.D. Cal. Mar. 15, 2023).

For all these reasons, in the interest of the just, speedy, and inexpensive determination of this action, IT IS ORDERED THAT:

1. Review of Plaintiff's Application to Proceed In Forma Pauperis—including the associated mandatory screening of the First Amended Complaint under 28 U.S.C. § 1915(e)(2)—be EXPEDITED.

2. Plaintiff's self-styled "Emergency Motion" (ECF 12) be DENIED WITHOUT PREJUDICE to the Court considering the substance of that motion during the expedited screening of the First Amended Complaint.

3. Plaintiff's Application for Pro Se Litigant to Electronically File Documents (ECF 27) be DENIED WITHOUT PREJUDICE to

renewing the application if the First Amended Complaint is ordered served.[1]

4.  Defendant Safariland, LLC's Motion to Dismiss the First Amended Complaint (ECF 23) be DENIED WITHOUT PREJUDICE to renewing the motion if the First Amended Complaint is ordered served.

* * *

All parties, represented and *pro se*, must comply with the Court's orders, the Federal Rules of Civil Procedure, and the Court's Local Rules Failure to do so may result in involuntary dismissal of this action.

Plaintiff must immediately notify the Court and Defendant(s) of any change of Plaintiff's address.  Under Local Rule 41-6, if Plaintiff fails to maintain a current address with the Court, this action may be involuntarily dismissed for failure to prosecute with no further notice.

Plaintiff is advised of the Federal Pro Se Clinics, which offer on-site information and guidance to individuals who are representing themselves in federal civil actions.  For more information and resources, please visit http://prose.cacd.uscourts.gov.

IT IS SO ORDERED.

DATED: December 31, 2025

STEVE KIM
United States Magistrate Judge

---

[1] Pro se litigants may still submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the Court's website.  To access EDSS and for additional information, please visit the Court's website at http://apps.cacd.uscourts.gov/edss.