JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/21/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: clee DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Billy F. Steffey<br>Plaintiff(s),<br>v.<br>Colette S. Peters, et al.<br>Defendant(s). | CASE NUMBER<br>2:25-cv-11105-VBF-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

PLEASE TAKE NOTICE:

☑ The Plaintiff dismisses this entire action without prejudice.

☐ The Plaintiff dismisses these claims only: ______________________

☐ The Plaintiff dismisses these parties only: ______________________

The dismissal is made pursuant to F.R.Civ.P. 41(a)(1).

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. Dismissal is WITHOUT PREJUDICE unless the notice states otherwise.***

January 20, 2026
*Date*

*Signature of Attorney/Party*